UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 07 B 22737
  JOHN W OLSON
  DENISE G OLSON                        CHAPTER 13

                                        JUDGE: JOHN H SQUIRES

        Debtor
  SSN XXX-XX-2649    SSN XXX-XX-6550
```

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/04/07 and confirmed on 05/30/08.

    2.  The case was dismissed after confirmation, 12/12/2008.

    3.  The Debtor paid a total of $  4400.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF NEW YORK | CURRENT MORTG | .00 | .00 | .00 |
| BANK OF NEW YORK | MORTGAGE ARRE | 31218.14 | .00 | 2156.80 |
| CARMAX AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| DEBORAH ROBINSON | CHILD SUPPORT | NOT FILED | .00 | .00 |
| STATE DISBURSEMENT UNIT | CHILD SUPPORT | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 643.57 | .00 | .00 |

                  Summary of disbursements:
------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 31218.14 | .00 | 643.57 | .00 | 31861.71 |
| PRINCIPAL PAID | 2156.80 | .00 | .00 | .00 | 2156.80 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 2156.80 | .00 | .00 | .00 | 2156.80 |

The Debtor's attorney, GREGORY J MARTUCCI       , was allowed $  3000.00
and was paid $  1000.00  direct and $  2000.00  through the plan.

The Trustee received $   243.20 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/12/09                 /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE

```
                          PAGE  2
CASE NO. 07 B 22737 JOHN W OLSON & DENISE G OLSON
```